UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.A., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant(s). | 23-CV-6406 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Provided, the initial conference scheduled for December 5, 2023, at 12:00 P.M. is **ADJOURNED**, pending further order.

Dated: October 16, 2023
        New York, New York

_____
DALE E. HO
United States District Judge